| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Bernard Pardillo De Gracia** (First Name, Middle Name, Last Name) | Social Security number or ITIN **xxx–xx–0117**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **16–27833** | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bernard Pardillo De Gracia

November 29, 2016      **For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 16-27833-DRC
Bernard Pardillo De Gracia                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: Nov 29, 2016
                              Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
```
db          +Bernard Pardillo De Gracia,    985 East Crest Ave,    Addison, IL 60101-6001
24855830    +CBNA,   Attn: Bankruptcy Dept,    PO Box 6283,   Sioux Falls, SD 57117-6283
24855832    +Charter One NA,   Attn: Bankruptcy,    870 Westminster St,    Providence, RI 02903-4024
24855838     Citi Cards,    PO Box 9001016,    Louisville, KY 40290-1016
24855839    +Citizens One,   Attn: Bankruptcy Dept,    10561 Telegraph Rd,    Glen Allen, VA 23059-4577
24855844    +Equifax,   Attn: Bankruptcy Dept,    PO Box 740241,   Atlanta, GA 30374-0241
24855845    +Experian,   Attn: Bankruptcy Dept,    PO Box 2002,   Allen, TX 75013-2002
24855846    +Harlem The Room Place,    PO Box 659704,   San Antonio, TX 78265-9704
24855847     PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
24855848    +Ramona Ria De Gracia,    902 Violet Dr,   Hanover Park, IL 60133-3677
24855853    +Transunion,   Attn: Bankruptcy Dept,    PO Box 1000,   Chester, PA 19022-1023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: QFJKOKOSZKA.COM Nov 30 2016 01:48:00    Frank J Kokoszka,    Kokoszka & Janczur, P.C.,
              122 South Michigan Ave,    Suite 1070,   Chicago, IL 60603-6270
24855825    +EDI: AMEREXPR.COM Nov 30 2016 01:38:00    AMEX,   Attn: Bankruptcy Dept,    PO Box 297871,
              Fort Lauderdale, FL 33329-7871
24855827    +EDI: TSYS2.COM Nov 30 2016 01:38:00    Barclays Bank Delaware,    Attn: Bankruptcy Dept,
              PO Box 8803,   Wilmington, DE 19899-8803
24855828    +EDI: CAPITALONE.COM Nov 30 2016 01:38:00    Cap1/Bstby,   Attn: Bankruptcy Dept,
              26525 N. Riverwoods Blvd,    Mettawa, IL 60045-3440
24855829     EDI: CAPITALONE.COM Nov 30 2016 01:38:00    Capital One,   PO Box 6492,
              Carol Stream, IL 60197-6492
24855834    +EDI: CHASE.COM Nov 30 2016 01:48:00    Chase Card,   Attn: Bankruptcy Dept,    PO Box 15298,
              Wilmington, DE 19850-5298
24855836    +EDI: CITICORP.COM Nov 30 2016 01:38:00    Citi,   Attn: Bankruptcy Dept,    PO Box 6241,
              Sioux Falls, SD 57117-6241
24855840    +EDI: WFNNB.COM Nov 30 2016 01:38:00    Comenity Bank,   Attn: Bankruptcy Dept,
              220 W. Schrock Rd,    Westerville, OH 43081-2873
24855841    +E-mail/Text: group_legal@creditunion1.org Nov 30 2016 02:25:56     Credit Union One,
              Attn: Bankruptcy Dept,    200 E Champaign Ave,    Rantoul, IL 61866-2930
24855842    +EDI: NAVIENTFKASMDOE.COM Nov 30 2016 01:38:00    Dept Of Ed/Navient,    Attn: Bankruptcy Dept,
              PO Box 9635,   Wilkes Barre, PA 18773-9635
24855849    +EDI: RMSC.COM Nov 30 2016 01:38:00    Syncb/Amazon,   Attn: Bankruptcy Dept,    PO Box 965015,
              Orlando, FL 32896-5015
24855850    +EDI: RMSC.COM Nov 30 2016 01:38:00    Syncb/HH Gregg,   Attn: Bankruptcy Dept,    PO Box 965036,
              Orlando, FL 32896-5036
24855851    +EDI: RMSC.COM Nov 30 2016 01:38:00    Syncb/Old Navy,   Attn: Bankruptcy Dept,    PO Box 965005,
              Orlando, FL 32896-5005
24855852     EDI: AISTMBL.COM Nov 30 2016 01:38:00    Tmobile,    PO Box 742596,   Cincinnati, OH 45274-2576
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24855826*   +AMEX,   Attn: Bankruptcy Dept,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
24855831*   +CBNA,   Attn: Bankruptcy Dept,    PO Box 6283,   Sioux Falls, SD 57117-6283
24855833*   +Charter One NA,   Attn: Bankruptcy,    870 Westminster St,    Providence, RI 02903-4024
24855835*   +Chase Card,   Attn: Bankruptcy Dept,    PO Box 15298,    Wilmington, DE 19850-5298
24855837*   +Citi,   Attn: Bankruptcy Dept,    PO Box 6241,    Sioux Falls, SD 57117-6241
24855843*   +Dept Of Ed/Navient,   Attn: Bankruptcy Dept,    PO Box 9635,   Wilkes Barre, PA 18773-9635
                                                                               TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin                Page 2 of 2              Date Rcvd: Nov 29, 2016
                              Form ID: 318               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
              Bridget   Maul    on behalf of Creditor    Credit Union 1 bridget.maul@creditunion1.org,
               Group_Legal@CreditUnion1.org
              David H Cutler     on behalf of Debtor 1 Bernard Pardillo De Gracia cutlerfilings@gmail.com
              Frank J Kokoszka     trustee@k-jlaw.com,   fkokoszka@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   CITIZENS BANK NA f/k/a RBS CITIZENS NA
               ND-Four@il.cslegal.com
                                                                                             TOTAL: 5
```